IN RE: V & C EDUCATION, LLC

CASE NO. 09-13707

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS  107
60-249 / 433

| Case | Debtor |
|---|---|
| 09-13707 A | V AND C EDUCATION, LLC |
| 92000256417066 | |
| REISSUED CHECK FROM STALE CHECK PROCESSING | |

TID #380290
MICHAEL CHIASSON
P.O. BOX 1666
MANDEVILLE LA 70470

Date 08/06/2011   $ *********268.43

~~~Two Hundred Sixty-Eight Dollars and 43/100

Pay to the Order of  CHECK, UNITED STATES BANKRUPTCY COURT

*[signature]*

MICHAEL CHIASSON, Trustee

⑆000010⑆ ⑇043302493⑇ 92000256417066⑈

8/10/11

DEPOSITED TO TREASURY
UNCLAIMED.
DUE: CHERYL C. PENTON

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228951    - MB
* * C O P Y * *
August 10, 2011
    15:23:38

TREASURY REGFUND
    09-13707
Debtor.: V AND C EDUCATION, LLC
Trustee: Michael Chiasson
Amount.:            $268.43 CH
Check#.: 107

Total-> $268.43

FROM: CHIASSON

Printed: 08/06/11 04:59 PM

# Stale Check Report

Page: 1

**Trustee:** MICHAEL CHIASSON (380290)
**Case:** 09-13707 - V AND C EDUCATION, LLC

| Account No. | Check No. | Issued | Payee | | Check Amount |
|---|---|---|---|---|---|
| 9200-02564170-66 | 107 | 08/06/11 | CHECK, UNITED STATES BANKRUPTCY COURT | | $268.43 |
| Cancelled Account No. | Cancelled Check No. | Claim No. Filed | Priority Claimant | Amount Filed / Amount Allowed / Paid to Date | Cancelled Payment |
| 9200-02564170-66 5-1 | 105 | 02/10/10 | 610 Priority  CHERYL C. PENTON<br>P.O. BOX 4012<br>COVINGTON, LA 70434 | 50,102.17   50,102.17   268.43 | 268.43 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.